SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
JENNIFER M. HOFFMAN, Cal. Bar No. 240600
jhoffman@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

JEFFREY S. CROWE, Cal. Bar No. 216055
jcrowe@sheppardmullin.com
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5000
Facsimile: 714.513.5130

Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PAUL TUFANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>Defendant. | Case No. 2:18-cv-03281-MCE-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION EXTENDING STATE FARM'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT BY NOT MORE THAN 28 DAYS; ORDER THEREON.**<br><br>**Date of First Amended Complaint:** September 3, 2019<br><br>**Current Responsive Pleading Deadline:** September 17, 2019<br><br>**Proposed Responsive Pleading Deadline:** October 3, 2019<br><br>Trial Date: Not Set |

Plaintiff Paul Tufano ("Tufano") and defendant State Farm Mutual Automobile Insurance Company ("State Farm"), by and through their attorneys of record, hereby enter into the following stipulation extending State Farm's deadline to respond to Tufano's First Amended Complaint:

## I. RECITALS.

WHEREAS:

- On December 28, 2018, Tufano filed his Class Action Complaint against State Farm. [ECF 1.]
- On February 28, 2018, following waiver of service of the Summons, State Farm filed its Motion to Dismiss the Class Action Complaint. [ECF 4, 5.]
- On August 14, 2019, after full briefing by the parties, the Court entered its Minute Order granting State Farm's Motion to Dismiss with leave to amend. Per the Court's Order, Tufano had until September 3, 2019, to file a First Amended Class Action Complaint. [ECF 18.]
- On September 3, 2019, Tufano filed his First Amended Class Action Complaint. [ECF 19.]
- The First Amended Class Action Complaint spans 47 pages plus exhibits, and alleges seven (7) causes of action on behalf of Tufano and a putative class.
- Per Rule 15(a) of the Federal Rules of Civil Procedure, State Farm's response to the First Amended Class Action Complaint is currently due no later than September 17, 2019.
- There have been no prior extensions of State Farm's time to respond to Tufano's Complaint or First Amended Complaint.
- State Farm anticipates filing a Motion to Dismiss the First Amended Class Action Complaint and seeks additional time to prepare the Motion.

- Tufano and State Farm now enter into the Stipulation below extending State Farm's responsive pleading deadline by no more than 28 days from the date the response would be originally due under Rule 15(a).

**II.     STIPULATION.**

THEREFORE, it is hereby stipulated and agreed, by and between the parties to this action and subject to the Court's approval, that:

- State Farm's deadline to respond to or otherwise file its anticipated Motion to Dismiss the First Amended Class Action Complaint shall be extended from September 17, 2019 to October 3, 2019.

**IT IS SO STIPULATED.**

Dated:  September 5, 2019

        THE FERGUSON LAW FIRM, LLP

        By    */s/ Mark Sparks* (as authorized on 9/5/2019)
            MARK SPARKS
            Attorneys for Plaintiff
            PAUL TUFANO

Dated:  September 5, 2019

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By    */s/ Jeffrey S. Crowe*
            JEFFREY S. CROWE
            Attorneys for Defendant
            STATE FARM MUTUAL AUTOMOBILE
            INSURANCE COMPANY

IT IS SO ORDERED.

Dated:  September 10, 2019

        _____
        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE